IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN FIELDS,

        Plaintiff,        CV F 06 0407 AWI WMW PC

   vs.                  ORDER RE MOTION (DOC 24, 25)

P. ROBERTS,

        Defendant.

    Plaintiff has filed motions titled as motions to screen the second amended complaint. An order has been entered, dismissing the second amended complaint and granting Plaintiff leave to file a third amended complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied as moot.

IT IS SO ORDERED.

**Dated:  June 25, 2008**                /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE

1