IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN E. FIELDS,

      Plaintiff,         1: 06 CV 0407 AWI WMW PC

  vs.                    ORDER

P. ROBERTS,

      Defendant.

     On June 25, 2008, an order was entered, dismissing the operative pleading in this case and granting Plaintiff thirty days in which to file an amended complaint. Plaintiff failed to do so and on July 29, 2008, a recommendation of dismissal was entered. On July 30, 2008, Plaintiff filed a motion for extension of time in which to file an amended complaint.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The July 29, 2008, recommendation of dismissal is vacated.

     2. Plaintiff is granted and extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   August 1, 2008**               **/s/  William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE