IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN E. FIELDS,

       Plaintiff,                    1: 06 CV 00407 AWI YNP GSA (PC)

       vs.                             ORDER RE MOTION (DOC 38)

P. ROBERTS, et al.,

       Defendants.

     Plaintiff has filed a motion for leave to file a Fourth Amended Complaint. Along with his motion, Plaintiff has lodged a proposed Fourth Amended Complaint. The Court finds good cause to grant the motion. Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for leave to file a Fourth Amended Complaint is granted.

    2. The Clerk's Office is directed to file the Fourth Amended Complaint lodged with the court on June 16, 2009.

    IT IS SO ORDERED.

    Dated:   **June 18, 2009**             **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE