IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>  vs.<br><br>P. ROBERTS, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-00407-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 71.)<br><br>ORDER DISMISSING DEFENDANT ROBERTS FROM THIS ACTION BASED ON PLAINTIFF'S FAILURE TO EFFECT SERVICE |

     Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On January 5, 2012, findings and recommendations were entered, recommending that defendant P. Roberts be dismissed from this action based on Plaintiff's failure to effect service. On January 19, 2012, Plaintiff filed a notice of voluntary dismissal of defendant P. Roberts.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

     Accordingly, THE COURT HEREBY ORDERS that:

1.     The Findings and Recommendations issued by the Magistrate Judge on January 5, 2012, are ADOPTED in full;

1

2. Defendant P. Roberts is DISMISSED from this action based on Plaintiff's failure to effect service; and

3. The Clerk is DIRECTED to reflect the dismissal of defendant P. Roberts from this action on the court's docket.

IT IS SO ORDERED.

Dated:   March 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2