IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>P. ROBERTS, et al.,<br><br>    Defendants. | 1:06-cv-00407-AWI-GSA-PC<br><br>ORDER GRANTING LEAVE TO FILE AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT NEUBARTH<br>(Doc. 81.)<br><br>THIRTY-DAY DEADLINE |

    Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 10, 2006. (Doc. 1.) This action now proceeds with the Fifth Amended Complaint filed by Plaintiff on June 24, 2010, against Defendant Jeff Neubarth for deliberate indifference.[1] (Doc. 51.)

    On June 13, 2012, Plaintiff filed a motion for default judgment against defendant Neubarth, pursuant to Rule 55(b). (Doc. 79.) On August 23, 2012, the Court issued an order requiring Plaintiff to supply further information in support of the motion, within forty-five days. (Doc. 80.) On September 7, 2012, Plaintiff filed a motion for leave to file an amended motion for default judgment against Defendant Neubarth, containing further information as required by the Court. (Doc. 81.)

///

---

[1] The Court dismissed Defendant P. Roberts from this action on March 12, 2012, based on Plaintiff's failure to effect service. (Doc. 75.) Therefore, Jeff Neubarth is the only Defendant remaining in this action.

1

1 | Good cause having been presented to the Court, and GOOD CAUSE APPEARING THEREFOR,
2 | IT IS HEREBY ORDERED that Plaintiff is GRANTED leave to file an amended motion for default
3 | judgment against Defendant Neubarth, within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 10, 2012**             /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE