IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | 1:06-cv-00407-AWI-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JANUARY 10, 2013 |
| vs. | (Doc. 86.) |
| P. ROBERTS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2013, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey the Court's order of September 10, 2012, which required Plaintiff to file an amended motion for default judgment within thirty days. (Doc. 86.) On February 8, 2013, Plaintiff filed an amended motion for default judgment. (Doc. 90.) In light of the filing of Plaintiff's amended motion, and good cause appearing, the Court shall vacate the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations of January 10, 2013 are VACATED.

IT IS SO ORDERED.

Dated:   February 11, 2013        /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE